# Paul A. Norcia
_____

18183 Lansford Path ● Lakeville, MN 55044-4956 ● (952) 412-7200 ● panorcia@frontiernet.net

*Well- trained, high producing Senior Claims Analyst seeks challenging position in insurance industry.*

## SUMMARY OF QUALIFICATIONS

- Over 26 years of experience in the insurance industry
- Proven performer – earning industry accreditation as Registered Professional Adjuster
- Trained in all personal and commercial multi-lines of insurance.
- Proactive "doer" able to identify problems and find solutions, and face challenges head-on.
- Conscientious and detailed oriented.
- Have been referred to by clients as "great resource and wealth of knowledge."
- Trustworthy and dependable with access to confidential information.
- Outgoing and personable – able to satisfy customers while meeting company objectives.

## PROFESSIONAL BACKGROUND

2007 – present   **Norcia Insurance Consultants, LLC,** *Consultant and Adjuster* **-** Lakeville, MN.  Owner and sole proprietor of  public adjustment firm; handling first party insurance claims on behalf of the policyholder/insured. Losses include homeowners' claims to complex commercial claims and condominium association property losses. Continue to assist in professional estimating and appraisal services throughout the country.

2004 – 2007     **Norcia Insurance Consultants, LLC,** *Consultant and Adjuster* **-** Lakeville, MN.  Owner and sole proprietor of Twin Cities Metro independent adjustment firm; handling first party insurance claims on behalf of the insurance industry. Losses include homeowners' claims to complex commercial claims and condominium association property losses. Have also performed estimating and appraisal services to both the public and the insurance industry throughout the country following the catastrophic hurricanes of 2004 and 2005, inclusive of  Hurricanes Charley, Jeanne, Frances, Ivan, Katrina and Wilma.

1999 – 2004    **Norcia Nonhof Associates, Inc,** *Principal and General Adjuster* - Edina, MN.   Principal of a leading Midwest independent adjustment firm handling all aspects of first and third party insurance claims on behalf of the insurance industry. Losses included companies that were self insured or maintained a large retention that would include third party administration, major commercial claims, inclusive of business interruption and full subrogation recovery. Administered staff of up to ten people in the handling of all claims files and also managed catastrophe office operations with up to twenty staff adjusters.

1994 – 1999    **Norcia & Associates, Inc.,** *Principal & Adjuster* – Boston, MA. Principal of Boston area independent adjustment firm handling both first and third party insurance claims on behalf of the insurance industry. Handled major account for various surplus lines carriers throughout the New England area with many complex losses, inclusive of restaurants and bed & breakfasts along with resort hotels.



PBYCED000650

1991- 1994     **Patrick J. Donovan & Associates**, *Office Manager and Adjuster* - Boston, MA. Office manager of satellite office of a leading independent adjustment firm in New England, overseeing both administration of staff and all marketing aspects of the office.

1987 – 1991    **Norfolk & Dedham Group**, *Senior Claims Examiner* - Dedham, MA. Senior Claims Examiner for regional New England Mutual Insurance Company.

1985 – 1987    **GAB Business Services, Inc.,** *Adjuster* - Boston, MA. Full time position as an independent adjuster for the leading national adjustment firm to serve the insurance industry

## EDUCATION

**University Of Wisconsin – Madison,** Bachelor of Science, 1985

**Waukesha South High School –** Waukesha, WI, 1978 - 1981

**St. Mary's Grade School - Waukesha**, WI, 1969 – 1977

## ACCREDITATIONS

**Registered Professional Adjuster**

**Completed 9 of 10 of the Chartered Property Casualty Underwriter Program**

**Licensed Adjuster -   Minnesota – License No: 40026085**
**                     Florida – License No: A192999 (from 1992 – 2004)**

List of Testimony and Deposition for Paul Norcia

Cardinal Development Corp. v. Poe Financial - 2006

New Wave Condominium v. Poe Financial - 2006

Desert Inn and Resort v. Citizens Insurance - 2006

Manor House v. Citizens Insurance - 2007

Oceans Atrium v. Citizens Insurance - 2008

Oceans Atrium One v. Citizens Insurance - 2008

Surfside v. QBE - 2008

White Surf v. Citizens Insurance - 2008

Aliki Forum v. QBE - 2008

Villa Luisa v. Citizens Insurance - 2009

Ashley Condominiums v. Citizens Insurance - 2010

King's Cove v. Travelers Insurance - 2010

Courts of Delray v. QBE - 2010

Lodges at the Preserve v. American Family - 2010

Waters Edge HOA v. American Family - 2010

Curt and Stacy Marks v. Firemen's Fund - 2010

PBYCED000661